# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CHARLES A. RIPPY-BEY, | ) | JUDGMENT IN CASE |
| In Propria persona sui juris | ) | |
| Authorize Representative | ) | 5:14-CV-00172-FDW |
| Charles A. Rippy Jr. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | |
| NORTH CAROLINA, STATE OF, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2014, Order.

Signed: October 31, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court